NO. 07-03-0049-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL C

NOVEMBER 24, 2003

_____


TEXAS FARM BUREAU MUTUAL INSURANCE COMPANY
AND STEVE AND PATTI JONES, APPELLANTS

V.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, APPELLEE

_____

FROM THE COUNTY COURT AT LAW NO. 3 OF LUBBOCK COUNTY;

NO. 2002-593,144; HONORABLE PAULA LANEHART, JUDGE

_____

Before JOHNSON, C.J., and QUINN and REAVIS, JJ.

**ON JOINT MOTION TO DISMISS**

Prior to submission of the merits of this appeal, appellants Texas Farm Bureau

Mutual Insurance Company and Steve and Patti Jones and appellee State Farm Mutual

Automobile Insurance Company filed a joint motion to dismiss representing they have

reached an agreement to settle and compromise their differences and no longer wish to appeal. Tex. R. App. P. 42.1(a)(2)(A). We grant the motion and pursuant to the parties' request, costs are to be assessed against he party incurring them. *Cf.* Tex. R. App. P. 42.1(d). Having dismissed the appeal at the request of the parties, no motion for rehearing will be entertained and our mandate will issue forthwith.

Don H. Reavis
Justice